UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE LISBETH PACHECO GAYTAN, | Case No. 1:26-cv-04465-NW |
| Petitioner, | **ORDER RE MOTION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| CHRISTOPHER CHESTNUT, WARDEN OF THE CALIFORNIA CITY CORRECTIONAL FACILITY, *et al.*, | Re: ECF No. 2 |
| Respondents. | |

The Court is in receipt of Petitioner's Motion for Temporary Restraining Order ("TRO"). Respondents shall file a response to the TRO by June 15, 2026. Any response must include the Petitioner's full Form I-213, any orders of release or detention, any custody warrants or notices, any other portions of Petitioner's A-File relevant to the determination of the issues presented in the Petition, and the Petitioner's criminal record to the extent one exists. Failure to timely respond shall be construed as a non-opposition. *See* L.R. 230(c).

Petitioner may file a reply by June 16, 2026.

Respondents are prohibited from deporting the Petitioner or removing her from the Eastern District of California while the TRO and Petition are pending. This matter is not set for a hearing though the Court may set one should it later be determined that a hearing is necessary. Counsel for Respondents shall promptly enter notices of appearance.

**IT IS SO ORDERED.**

Dated: June 10, 2026

Noël Wise
United States District Judge